# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN COX, an individual, FRANK MATA, an individual, OSCAR SEPULVEDA, an individual, for themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEFENDERS, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-CV-06019 DSF (PJW)<br><br>CLASS ACTION<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF PLAINTIFFS' INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS AND PAGA CLAIMS WITHOUT PREJUDICE [FRCP 41(a)(1)]**<br><br>District Judge: Hon. Dale S. Fischer<br><br>Complaint Filed: May 14, 2019 |

Pursuant to the parties' Joint Stipulation for Dismissal of Plaintiffs' Individual Claims with Prejudice and Putative Class and PAGA Claims without Prejudice, filed on October 23, 2019, the Court hereby orders that the above-captioned action be dismissed in its entirety – with prejudice as to Plaintiffs' individual claims and without prejudice as to Plaintiff's putative class and representative claims under the Private Attorneys' General Act of 2004 ("PAGA") – with each party bearing his/its own costs and fees.

IT IS SO ORDERED.

Date: October 25, 2019

_____
Dale S. Fischer
United States District Judge